JS-6 / ENTERED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ROBEY HAIRSTON,

    Petitioner,

v.

CHINO RECORDS,

    Respondent.

Case No.  EDCV 10-0719-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: May 24, 2010

R. Gary Klausner
United States District Judge

